FILED
October 31, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                                          )     Case No.  2:08-mj-375 GGH
        Plaintiff, )
v.                                  )     ORDER FOR RELEASE
                                          )     OF PERSON IN CUSTODY
Gregory Tepenkiozis, )
       Defendant. )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  Gregory Tepenkiozis  Case 2:08-mj-375 GGH from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___    Release on Personal Recognizance

    ___    Bail Posted in the Sum of _____

    _X_    Cash bond in the amount of $150,000; plus all available equity in real property owned by defendant's ex-wife

    ___    Appearance Bond with 10% Deposit

    ___    Appearance Bond secured by Real Property

    ___    Corporate Surety Bail Bond

    _X_    (Other) Probation conditions/supervision; defendant transfer control of financial accounts to defendant's ex-wife

Issued at  Sacramento, CA  on 10/31/08  at  3:50 p.m.

By  _____
Kimberly J. Mueller,
United States Magistrate Judge