MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
555 CAPITOL MALL, 6TH FLOOR, Suite 600
Sacramento, California  95814
Telephone: (916) 498-9258
FAX:      (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
Gregory Tepenkiozis

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 08-MJ-0375 GGH |
|---|---|---|
| Plaintiff, | ) | **STIPULATION OF THE PARTIES FOR MODIFICATION OF PRETRIAL RELEASE SPECIAL CONDITION 15; ORDER THEREON** |
| v. | ) | |
| | ) | Date: |
| GREGORY TEPENKIOZIS | ) | Time: |
| | ) | Judge: DALE A. DROZD |
| Defendant. | | |

The parties hereto, plaintiff, defendant, and the Pretrial Services Agency, hereby agree to the following modification of Special Condition of Release 15, as there has been difficulty in implementing Special Release Condition 15 from Magistrate Judge Mueller's October 30, 2008 release order. Based upon that difficulty, all parties agree to the following modification of Condition 15.

New Condition 15: Defendant shall not make any financial transaction, either in cash, by check, or by credit card, which exceeds $100 USD, without the prior approval of the Pre Trial Services agency.

Stipulation to modify pretrial release special term

All other terms and conditions of the defendant's pre trial release shall remain in full force and effect.

AGREED

DATED: November 6, 2008        /s/ MARK J. REICHEL
                               MARK J. REICHEL
                               Attorney for Defendant


                               McGREGOR W. SCOTT
                               United States Attorney

DATED: November 6, 2008.       /s/MARK J. REICHEL for:
                               MATTHEW SEGAL
                               Assistant U.S. Attorney
                               Attorney for Plaintiff

DATED: November 6, 2008

                               /S/ MARK J. REICHEL for
                               RENE BASURTO
                               Pre Trial Services Officer

## ORDER

IT IS SO ORDERED. All remaining conditions shall remain In full force and effect.

DATED: November 6, 2008.

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE