```
 1  MCGREGOR W. SCOTT
    United States Attorney
 2  MATTHEW D. SEGAL
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2708

 5

 6

 7              IN THE UNITED STATES DISTRICT COURT

 8            FOR THE EASTERN DISTRICT OF CALIFORNIA

 9

10  UNITED STATES OF AMERICA,    )   CASE NO. 2:08-MJ-375 GGH
                                 )
11           Plaintiff,          )   STIPULATION AND ORDER
                                 )   TO CONTINUE
12      v.                       )   PRELIMINARY EXAMINATION AND
                                 )   EXCLUDE TIME
13  GERGORY TEPENKIOSIS          )
                                 )
14                               )
             Defendant.          )
15  _____)
```

The parties request that the preliminary examination in this case be continued from November 14, 2008 to November 21, 2008 at 2:00 p.m..

The parties agree that time beginning November 14, 2008 and extending through November 21, 2008 should be excluded from the calculation of time under the Speedy Trial Act. The Defendant consents to an extension of the time for preliminary examination until November 21, 2008. Fed. R. Crim. P. 5.1(d). The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). In particular, the

1

```
 1  time is required so that the government and defense may
 2  investigate, analyze, and possibly reverse the transactions
 3  described in the complaint.  (The Defendant does not, by entering
 4  into this this Stipulation, admit that those transactions were
 5  criminal.)
 6       The parties stipulate that this interest of justice
 7  outweighs the interest of the public and the defendant in a
 8  speedy filing of an indictment or information, 18 U.S.C. §§
 9  3161(b), (h)(8)(A), and further that this good cause outweighs
10  the public's interest in the prompt disposition of criminal
11  cases.  Fed. R. Crim. P. 5.1(d).
```

|  |  |
|---|---|
|  | Respectfully Submitted, |
|  | McGREGOR W. SCOTT<br>United States Attorney |
| DATE: November 7, 2008 | By:  /s/ Matt Segal<br>MATTHEW D. SEGAL<br>Assistant U.S. Attorney |
| DATE: November 7, 2008 |  /s/ Mark Reichel<br>MARK REICHEL<br>Attorney for Defendant |

**SO ORDERED.**

DATED: November 7, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/tepenkiozis0375.stipord(3)