MCGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:08-MJ-0375 GGH |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE PRELIMINARY EXAMINATION AND EXCLUDE TIME |
| v. | |
| GERGORY TEPENKIOSIS, | |
| Defendant. | |

The parties request that the preliminary examination in this case be continued from November 21, 2008 to January 16, 2009 at 2:00 p.m.

The parties agree that time beginning November 21, 2008 and extending through January 16, 2009 should be excluded from the calculation of time under the Speedy Trial Act. The Defendant consents to an extension of the time for preliminary examination until January 16, 2009. Fed. R. Crim. P. 5.1(d). The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). In particular, the

1

time is required so that the government and defense may investigate, analyze, and possibly reverse the transactions described in the complaint. (The Defendant does not, by entering into this Stipulation, admit that those transactions were criminal.) Further, though the United States will continue to investigate, the parties expect to exchange information and perhaps reaching a pre-indictment resolution.

The parties stipulate that this interest of justice outweighs the interest of the public and the defendant in a speedy filing of an indictment or information, 18 U.S.C. §§ 3161(b), (h)(8)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases. Fed. R. Crim. P. 5.1(d).

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

DATE: November 18, 2008.  By: /s/ Matt Segal
MATTHEW D. SEGAL
Assistant U.S. Attorney

DATE: November 18, 2008.  /s/ Mark Reichel
MARK REICHEL
Attorney for Defendant

**IT IS SO ORDERED.**

DATED: November 18, 2008.

_/s/ Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/tepenkiosis0375.stipord

2